**Craig A. FISSELL,
Petitioner/Respondent,**

v.

**Donna A. FISSELL,
Respondent/Appellant.**

**No. 67242.**

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 10, 1995.

Elaine C. Bachman, Snyder, Wier, Shaller and Bachman, Clayton, for appellant.

Michael B. Stern, Stern, Frapolli & Ahlquist, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

**384**

## ORDER

PER CURIAM.

Mother appeals from the trial court's judgment adopting the Commissioner's recommendation to grant custody of two minor children to father. We affirm. The findings and conclusions of the trial court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).